In the Matter of the Transfer Tax upon the Estate of ISABELLE C. KIRBY, Deceased.

STATE TAX COMMISSION, Appellant; GUSTAVUS T. KIRBY et al., as Executors, Respondents.

(Argued October 6, 1930; decided October 21, 1930.)

*Seth T. Cole* for appellant.
*Richard Ely* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: POUND, J.